# Exhibit B

Filed Under Seal