**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Louis Kwame Fosu,
Plaintiff,

v. 1:25-cv-00532-SM-AJ

Kara Larsen, et al.,
Defendants.

**CONCURRING ORDER**

I concur that Judge McAuliffe a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case that Magistrate Judge Johnstone is assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

Date: 10/01/2026

SD Elliott
Chief United State District Judge,
Assignee District