UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Fosu

v. Case No.1:26-cv-532-SM-AJ

Larsen et al

ORDER

This case has been referred to the United States District Court for the District of New Hampshire, sitting by designation.

The United States District Court for the District of Rhode Island retains jurisdiction over this case and will ultimately enter final judgment. All original motions, pleadings, and other documents shall continue to be filed with the Clerk, District of Rhode Island in accordance with that district's case filing rules. Absent a court order to the contrary, no courtesy copies need be filed in the District of New Hampshire.

SO ORDERED.



Samantha D. Elliott
Chief Judge

Date: October 1, 2026

cc: Louis Kwame Fosu, pro se
Original order to Clerk, U.S. District Court, Rhode Island