UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Louis Kwame Fosu

v. Civil No. 26-cv-532-SM-AJ

Larsen, et al.

O R D E R

Louis Kwame Fosu brings claims against officials at the University of Rhode Island where he was previously employed and counsel for the University. On October 5, 2026, Fosu moved to stay the case for sixty days because he is simultaneously litigating two appeals. The University of Rhode Island defendants object to Fosu's motion, noting Fosu's missed deadlines in this case and his motions aimed at the presiding judge.

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254 (1936); accord Vose v. City of Pawtucket, No. 25-cv-00168, 2026 WL 412406, at *4 (D.R.I. Feb. 13, 2026). A party seeking a stay "must make out a clear case of hardship or inequity in being required to go forward, if there is even a fair possibility that the stay for which he prays will work

damage to some one else." Id., at 255. "[S]tays cannot be cavalierly dispensed: there must be good cause for their issuance; they must be reasonable in duration; and the court must ensure that competing equities are weighed and balanced." Marquis v. F.D.I.C., 965 F.2d 1148, 1155 (1st Cir. 1992).

Fosu seeks a 60-day stay for his own convenience, to allow him more time to litigate his two pending appeals. There is no question that a stay would prejudice defendants when this is Fosu's third related case filed in this court, and defendants have moved to dismiss. Fosu has not made out a clear case of hardship, but even if he could, the prejudice of a stay to defendants precludes the relief Fosu seeks.

## Conclusion

For these reasons, Fosu's motion for a stay (doc. no. 25) is denied.

SO ORDERED

Steven J. McAuliffe
United States District Judge
Sitting by designation.

October 6, 2026
cc: Louis Kwame Fosu
Counsel of record